IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BOBBY R. KNOX, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:14CV458 |
| ) | |
| FRANK L. PERRY, ) | |
| ) | |
| Respondent. ) | |

ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 5, 2014, was served on the parties in this action. Petitioner objected to the Recommendation (Docket Entry 4) and has also filed a proposed protective order (Docket Entry 5) in this case.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation. The court has also appropriately reviewed the proposed protective order filed by Petitioner in this case, which the court will construe as a Motion for a Protective Order. The court notes that this Motion has nothing to do with this case or with habeas law in general. It is simply unrelated to this matter and is denied for that reason alone.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for a Protective Order (Docket Entry 5) is denied.

**IT IS THEREFORE FURTHER ORDERED** that this action be filed, but then dismissed *sua sponte* without prejudice to Petitioner filing a motion to amend his petition in case 1:14CV185. A judgment dismissing this action will be entered contemporaneously with this Order.

/s/ James A. Beaty
United States District Judge

Date: June 27, 2014